Andrew I. Silfen (AS-1264)
Schuyler G. Carroll (SC-1234)
Heike M. Vogel (HV-2398)
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Counsel for the Creditor Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| SITNAL, INC., f/k/a LANTIS EYEWEAR CORPORATION, | Case No. 04-13589 (ALG) |
| Debtor. | |

---------------------------------------------------------x

| | |
|---|---|
| JOSEPH MYERS OF CLEAR THINKING GROUP LLC, AS CREDITOR TRUSTEE OF THE SITNAL CREDITOR TRUST, | Adv. Pro. No.05-02649 (ALG) |
| Plaintiff, | |
| v. | |
| AMERICAN SHIPPING CO., | |
| Defendant. | |

---------------------------------------------------------x

| | |
|---|---|
| JOSEPH MYERS OF CLEAR THINKING GROUP LLC, AS CREDITOR TRUSTEE OF THE SITNAL CREDITOR TRUST, | Adv. Pro. No.05-02902 (ALG) |
| Plaintiff, | |
| v. | |
| D.A.T.E. INTERNATIONAL, INC., | |
| Defendant. | |

---------------------------------------------------------x

## **STIPULATION OF DISMISSAL**

NYC/403232.1

IT IS HEREBY STIPULATED by and between the undersigned attorneys that the Plaintiff and the Defendants jointly request that the Clerk of the Court dismiss the adversary proceedings with prejudice pursuant to Federal Rule of Bankruptcy Procedure 7041 and Fed R. Civ. P. 41(a)(1)(ii)..

The Clerk of the Court is requested to mark the above-captioned adversary proceedings "Closed".

| | |
|---|---|
| Date: New York, New York<br>November 20, 2008 | ARENT FOX LLP<br>Attorneys for Joseph Myers, of Clear Thinking Group LLC, not individually or personally, but as Creditor Trustee of the Sitnal Creditor Trust<br><br>By: */s/ Heike M. Vogel*<br>Andrew I. Silfen (AS-1264)<br>Schuyler G. Carroll (SC-1234)<br>Heike M. Vogel (HV-2398)<br>1675 Broadway<br>New York, New York 10019<br>(212) 484-3900 |
| Date: Parsippany, New Jersey<br>November 20, 2008 | FEIN, SUCH & CRANE LLP<br>Attorneys for American Shipping Co.<br><br>By: */s/ Vince DiMaiolo*<br>Vince DiMaiolo<br>Henry Fein<br>7 Century Drive, Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-4700 |
| Date: New York, New York<br>November 20, 2008 | SANDLER, TRAVIS & ROSENBERG, P.A.<br>Attorneys for D.A.T.E. International, Inc.<br><br>By: */s/ Kenneth N. Wolf*<br>Kenneth N. Wolf (KW-0598)<br>Laura Siegel Rabinowitz (LR-4775)<br>Sandler, Travis & Rosenberg, P.A.<br>551 Fifth Avenue, Suite 1100<br>New York, New York 10176<br>(212) 883-1300 |